# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:19MJ70 |
| DEJUAN ROWLAND | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2019,__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 §922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Chris Moon, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Apr. 5 2019

_____
Judge's signature

City and state: Chattanooga, Tennessee

Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of Criminal Complaint

1. I, Chris Moon, being duly sworn, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the U.S. Justice Department and have been so employed since July 2015. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and am empowered by law to conduct investigations of, and to make arrests for violations of federal laws, including, but not limited to, Title 18, U.S. Code, Section 922(g). I successfully completed the Criminal Investigations Training Program (CITP) and the ATF National Academy Special Agent Basic Training (SABT) at the Federal Law Enforcement Training Center. Previous to this employment, I was employed with Conyers Police Department for eleven (11) years. I was assigned to the Conyers Police Department Criminal Investigations Division for nine (9) of the eleven (11) years. During this time I participated in numerous criminal investigations that included the crimes of murder, armed robbery, aggravated assault, rape, child molestation, and drug trafficking.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for Dejuan ROWLAND, also known as "Green Light," for being a felon in possession of a firearm, in violation of Title 18, United States Code Section 922(g)(1).

3. On Thursday, April 4, 2019, ATF set up a "reverse buy-bust" of Dejuan ROWLAND, (B/M; 10/18/1998; SSN 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; TN DLN 124393213; 374 Booth Road, Chattanooga, TN 37411) with an undercover ATF agent ("UC"). A "reverse buy-bust" is when law enforcement makes a controlled sale of contraband, in this case, a firearm, to a person and then arrests that person.

4. On April 4, 2019, Dejuan ROWLAND contacted the UC about purchasing a Glock 19 9mm pistol from the UC for $250. ROWLAND is a previously convicted felon for Robbery (Davidson County, TN) and a validated member of the Bounty Hunter Bloods street gang. ROWLAND agreed to meet the UC at the Staybridge Suites/Baymont Inn off of Shallowford Road.

5. At approximately 12:45 PM, ROWLAND arrived in the parking lot and met with the UC. ROWLAND gave the UC $250, and then ROWLAND picked up the bag containing the Glock 19 9mm pistol bearing S/N MHA466. ROWLAND took the firearm out of the bag and "dry-fired" the weapon. Of note, ROWLAND did not check to see if the firearm was loaded before dry-firing it. Once ROWLAND was satisfied with the firearm, he took it and went back to his vehicle. ROWLAND was then arrested in the parking lot. The firearm was recovered during the search incident to arrest along with the cell phone ROWLAND was using to communicate with the UC.

6. The text message communications between ROWLAND and the UC were preserved by screenshots of the text messages. ROWLAND and the UC also spoke to one another telephonically and in person. These communications were preserved via ATF-issued voice recorder.

7. On November 28, 2018, ROWLAND pled guilty in the Davidson County (TN) Criminal Court to Robbery, a felony in the State of Tennessee. ROWLAND was sentenced to 6 years, which was suspended to supervised probation.

8. Based on his training and experience, affiant is aware that the firearm the defendant possessed was manufactured outside the state of Tennessee and, therefore, did travel in and affect interstate and/or foreign commerce.

9. Based upon the foregoing, affiant submits there is probable cause to charge and arrest Dejuan ROWLAND, also known as "Green Light," for being a felon in possession of a firearm, in violation of Title 18, United States Code Section 922(g)(1).

*[signature]*
Chris Moon
Special Agent, ATF

Sworn to and subscribed before me
This 5th day of April, 2019,

*[signature]*
CHRISTOPHER H. STEGER
U.S. MAGISTRATE JUDGE